# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO K. L. W., A MINOR.

HEATHER L. B.
                        Appellant,
            vs.
CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; AND K. L. W., A MINOR,
                        Respondents.

No. 80656

**FILED**

DEC 3 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND VACATING CONDITIONAL SANCTIONS

On December 15, 2020, this court entered an order conditionally imposing sanctions on counsel for appellant for failure to file the opening brief and appendix. Counsel has now filed a motion to voluntarily dismiss this appeal and a motion to vacate the conditional sanctions order. Counsel indicates the brief was not filed because the parties were engaging in settlement negotiations.

The motion for a voluntary dismissal is granted. This appeal is dismissed. The motion to vacate the conditional sanctions order is granted to the following extent. The conditional sanctions imposed in the December 15, 2020, order are vacated. Counsel is advised that in the future, even if the parties are engaged in settlement negotiations, she must file a motion for an extension of time if she is unable to meet a deadline established by this court's rules or orders. *See Weddell v. Stewart*, 127 Nev. 645, 652, 261 P.3d 1080, 1085 (2011) (counsel is "not at liberty to disobey notices, orders, or any other directives issued by this court.").

It is so ORDERED.

_____Pickering_____, A.C.J.

 
20-47050

cc: Hon. Frank P. Sullivan, District Judge, Family Court Division
Jennifer McDonald Law
Clark County District Attorney/Juvenile Division
Legal Aid Center of Southern Nevada, Inc.
Eighth District Court Clerk
Supreme Court Law Library

SUPREME COURT
OF
NEVADA

(O) 1947A